UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | No. 2:19-cv-2324 TLN CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action brought under 42 U.S.C. § 1983. On January 6, 2020, the court recommended that this action be dismissed for plaintiff's failure to file a completed request to proceed in forma pauperis or pay the filing fee. Plaintiff has submitted what the court construes to be a request for an extension of time to submit his request to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's January 6, 2020 findings and recommendations are vacated;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

/////
/////
/////
/////

1

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: February 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
carr2324.ext

2