UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREYMAYNE DEON CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-2324 TLN CKD P<br><br><br><br>ORDER |

On August 17, 2020, plaintiff filed a "petition for preliminary injunctive relief, temporary restraining order, appointment of counsel." This civil rights action was closed on May 28, 2020. Plaintiff is advised that, generally speaking, documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: August 18, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly
carr2324.58

1